An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BOURNE VALLEY COURT TRUST,
Appellant,
vs.
CITIBANK, N.A.; AS TRUSTEE FOR
CERTIFICATEHOLDERS OF
STRUCTURED ASSET MORTGAGE
INVESTMENTS II TRUST 2007-AR6,
MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2007-AR6;
QUALITY LOAN SERVICE
CORPORATION; AND JULIANA
GUEVARA,
Respondents.

No. 63282

**FILED**

NOV 0 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER OF REVERSAL AND REMAND

This is an appeal from an order granting a motion to dismiss in a quiet title action. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

The district court granted respondents' motion to dismiss, finding that Bourne Valley Court Trust had failed to state a viable claim for relief because NRS 116.3116(2)'s superpriority provision "creates a limited super priority lien for 9 months of HOA assessments leading up to the foreclosure of the first mortgage, but it does not eliminate the first security interest." This court's recent disposition in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), decides that a common-interest community association's NRS 116.3116(2) superpriority lien has true priority over a first security interest, and the

14-36327

association may nonjudicially foreclose on that lien. The district court's decision thus was based on an erroneous interpretation of the controlling law and did not reach the other issues colorably asserted. Accordingly, we

REVERSE the order granting the motion to dismiss AND REMAND for proceedings consistent with this order.

_____Pickering_____, J.
Pickering

_____Saitta_____, J.
Saitta


PARRAGUIRRE, J., concurring:

For the reasons stated in the *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), dissent, I disagree that respondent lost its lien priority by virtue of the homeowners association's nonjudicial foreclosure sale. I recognize, however, that *SFR Investments* is now the controlling law and, thusly, concur in the disposition of this appeal.

_____Parraguirre_____, J.
Parraguirre


cc:  Hon. Kathleen E. Delaney, District Judge
Law Offices of Michael F. Bohn, Ltd.
Smith Larsen & Wixom
McCarthy & Holthus, LLP/Las Vegas
Eighth District Court Clerk